**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DONALD HALICEK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:23-cv-01116** |
| | ) | |
| **ROSHEEM COLLINS** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

On May 18, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court dismiss this action for failure to prosecute under Federal Rule of Civil Procedure 41(b). (Doc. No. 32). The Magistrate Judge informed the parties that any objections to the R&R must be filed within 14 days. (<u>Id.</u> at 3). The deadline has passed and neither party has filed any objections.

Where there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); <u>see also</u> <u>Ashraf v. Adventist Health Sys./Sunbelt, Inc.</u>, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) (citing <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985)) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made."). The Court has reviewed the R&R and finds no clear error. The Court agrees with the Magistrate Judge that dismissal is the proper remedy under Rule 41(b) because it appears that Halicek is deceased, and no legal successor has filed a motion to substitute as plaintiff. (Doc.

No. 32 at 1–3).  Therefore, the R&R (Doc. No. 32) is **APPROVED AND ADOPTED** and this action is **DISMISSED**.  The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2